UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PETER A. TEELUCKSINGH,

        Plaintiff,

  - against -

BISHOP FORD CENTRAL CATHOLIC HIGH
SCHOOL and LAY FACULTY
ASSOCIATION,

        Defendants.
------------------------------------------------------------X

**JUDGMENT**
12-CV-3214 (RRM) (JMA)

A Memorandum and Order having been filed this day granting defendant's motion to dismiss this action with prejudice, and directing the Clerk of Court to enter judgment accordingly and to close this case, it is hereby

**ORDERED ADJUDGED AND DECREED** that plaintiff shall take nothing of defendant and that this case is hereby dismissed with prejudice.

SO ORDERED.

Dated: Brooklyn, New York
      September 22, 2014

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge